> **ORDER:**
> Motion granted.
> /s/ E. Clifton Knowles
> U.S. Magistrate Judge

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| **BRIAN VAUGHN,** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
| v. | )    **CASE NO. 3:10-cv-00622** |
| | )    **Presiding Judge: Aleta A. Trauger** |
| **JEFF LONG, SHERIFF, and** | )    **Magistrate Judge: E. Clifton Knowles** |
| **SOUTHERN HEALTH PARTNERS,** | ) |
| | ) |
|     **Defendants.** | ) |

## DEFENDANT SHERIFF JEFF LONG'S
## MOTION TO FILE DOCUMENTS UNDER SEAL

Comes Defendant Sheriff Jeff Long and moves this Honorable Court to file Exhibits B, C, D, E, F, G, H, and I to the Affidavit of Mark Wainwright, docketed as Attachments #2 through #9 to docket entry #54, under seal pursuant to Federal Rule of Civil Procedure 5.2. In support of this Motion, Defendant submits the affidavit of Lisa M. Carson, as well as redacted versions of these same exhibits.

Respectfully submitted,

/s/Lisa M. Carson
Lisa M. Carson, BPR# 14782
**BUERGER, MOSELEY & CARSON, PLC**
Attorney for Defendant Sheriff Jeff Long
306 Public Square
Franklin, TN 37064
Telephone: (615) 794-8850
Facsimile: (615) 790-8861