**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **BRIAN VAUGHN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| | ) | |
| **v.** | ) | **No. 3:10-00622** |
| | ) | **Judge Sharp** |
| **JEFF LONG, SHERIFF, and** | ) | |
| **SOUTHERN HEALTH PARTNERS,** | ) | |
| | ) | |
| **Defendants.** | ) | |

<u>**ORDER**</u>

On July 18, 2011, the Magistrate Judge entered a Report and Recommendation (Docket No. 82), recommending that Defendant Sheriff Long's unopposed "Motion to Dismiss or, in the alternative, Motion for Summary Judgment" (Docket No. 50) be granted and the claims against him be dismissed. The following day, the Magistrate Judge entered a Report and Recommendation (Docket No. 84) in which he recommended that Defendant Southern Health Partners, Inc.'s unopposed Motion for Summary Judgment (Docket No. 48) be granted. Despite being specifically advised in both Reports and Recommendations that any objections to the recommended dismissals needed to be filed within fourteen days, Plaintiff has filed no objections.

Having conducted a *de novo* review of the matter in accordance with Fed. R. Civ. P. 72(b), the Court agrees with the Magistrate Judge's recommendations. Accordingly,

(1) The Report and Recommendation (Docket No. 82) and the Report and Recommendation (Docket Entry No. 84) are hereby ACCEPTED and APPROVED;

(2) Defendant Southern Health Partners, Inc.'s Motion for Summary Judgment (Docket Entry

No. 48) is hereby GRANTED because Plaintiff has not shown that Defendant was deliberately indifferent to a serious medical need;

(3) Defendant Sheriff Long's "Motion to Dismiss or, in the alternative, Motion for Summary Judgment" (Docket No. 50) is hereby GRANTED because Plaintiff's Complaint fails to even mention Sheriff Long, or set forth any factual allegations against him; and

(4) This case is hereby DISMISSED WITH PREJUDICE.

The Clerk is directed to enter Judgment in a separate document in accordance with Federal Rule of Civil Procedure 58.

It is SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE